IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IPCOM, GMBH & CO. KG<br><br>          Plaintiff,<br><br>     v.<br><br>AT&T INC., AT&T CORP., AT&T COMMUNICATIONS LLC, AT&T MOBILITY, AT&T MOBILITY II LLC, and AT&T SERVICES INC.<br>          Defendants. | Civil Case No.: 2:20-cv-322<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT IPCOM GMBH & CO. KG'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff IPCom Gmbh & Co. KG hereby discloses that the following companies own more than 10 percent of IPCom Gmbh & Co. KG:

1. IPCom Holding GmbH

2. Karols Development Co., LLC

1

DATED:  October 1, 2020

Respectfully submitted,

By: /s/Martin J. Black
Martin J. Black **LEAD ATTORNEY**
Pennsylvania Bar No. 54319
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
martin.black@dechert.com

Jeffrey B. Plies
Dechert LLLP
Texas Bar No. 24027621
515 Congress Avenue
Suite 1400
Austin, TX 78701
Tel: (512) 394-3000
jeffrey.plies@dechert.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires in accordance with Local Rule CV-5(a)(3)(A) on this 1st Day of October, 2020.

*/s/ Martin J. Black*
Martin J. Black
