**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| IPCOM, GMBH & CO. KG <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., AT&T CORP., AT&T COMMUNICATIONS LLC, AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES INC. <br> Defendants. | Civil Case No.: 2:20-cv-00322-JRG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given to the Court and all parties of record that the undersigned attorney, Timothy F. Dewberry enters his appearance as an attorney of record on behalf of Plaintiff IPCom Gmbh & Co. KG in the above-referenced case. Mr. Dewberry requests and respectfully asks that he henceforth receive electronic notices of all subsequent filings at:

timothy.dewberry@dechert.com.

DATED:   October 1, 2020                    Respectfully submitted,


                                            By: /s/*Timothy F. Dewberry*_____
                                            Martin J. Black **LEAD ATTORNEY**
                                            Pennsylvania Bar No. 54319
                                            DECHERT LLP
                                            Cira Centre
                                            2929 Arch Street
                                            Philadelphia, PA 19104
                                            Tel: (215) 994-4000
                                            Fax: (215) 994-2222
                                            martin.black@dechert.com

                                            Jeffrey B. Plies
                                            Texas Bar No. 24027621
                                            Timothy F. Dewberry
                                            Texas Bar No. 24090074
                                            DECHERT LLP
                                            515 Congress Avenue
                                            Suite 1400
                                            Austin, TX 78701
                                            Tel: (512) 394-3000
                                            Fax: (512) 394-3001
                                            jeffrey.plies@dechert.com
                                            timothy.dewberry@dechert.com

                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires in accordance with Local Rule CV-5(a)(3)(A) on this 1st Day of October, 2020.

*/s/Timothy F. Dewberry*
Timothy F. Dewberry
