2:20-cv-00322-JRG
IPCom Gmbh & Co. KG v AT&T, Inc., et al
August 24, 2021 at 9:00 AM
**Markman Hearing**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jeffrey Plies, Dechert LLP | IPCom |
| Charles Hsu, Dechert LLP | IPCom |
| Nisha Patel, Dechert LLP | IPCom |
| Henry Outland, AT&T | AT&T |
| Josh Budwin | Ericsson / ATT |
| Nick Matthews | Ericsson / ATT |
| Deron Dacus | AT&T |
| John Haynes | Nokia |
| Todd Leitstein | Nokia |
| Jennifer Doan | Verizon |
| Justin Lowery | Sprint |
| Michael Deane | Nokia |
| Wes Achey | Nokia |
| Jennifer Truelove | Ericsson / ATT |
| Ted Stevenson | Nokia |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Jennifer Wells | Ericsson |
| Tim Dyll | AT&T |