**2:20-cv-00322-JRG**
**IPCom Gmbh & Co. KG v AT&T, Inc., et al**
**February 28, 2022 at 10:00 AM**
Pretrial Conference -- Day 1

## PLEASE PRINT CLEARLY:

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jennifer DOAN | Verizon |
| Kyle Akin | " |
| Brian Pandya | " |
| Kevin Anderson | " |
| Sanjeev Mehta | " |
| Claire Henry | IP Com |
| Jeffrey Plies | IPCOM |
| Sharon Gagliardi | IP Com |
| Jonathan Powers | AT&T and Ericsson |
| Wes Achey | Nokia |
| JOHN HAYNES | NOKIA |
| EMILY WELCH | " |
| MICHAEL DEANE | " |
| TED STEVENSON | ERICSSON, NOKIA |
| Chad Everingham | IPCom |
| Michael Fisher | IPCom |
| Martin Black | IP Com |
| Jeffrey Edwards | IP Com |
| Sam Baxter | Ericsson |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |