IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IPCOM GMBH & CO. KG,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC., et al<br><br>VERIZON COMMUNICATIONS INC, et al<br><br>*Defendants*,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>ERICSSON INC.,<br><br>*Intervenors.* | Case No. 2:20-cv-00322-JRG<br>(LEAD CASE)<br><br>Case No. 2:20-CV-00323-JRG<br>(MEMBER CASE) |

MINUTES FOR PRETRIAL CONFERENCE DAY 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 1, 2022

**OPEN:** 09:06 AM                                                           **ADJOURN:** 11:52 AM

ATTORNEYS FOR PLAINTIFF:             See attached

ATTORNEYS FOR DEFENDANTS:         See attached.

ATTORNEYS FOR INTERVENORS:       See attached.

LAW CLERK:                                            Cody Carter

COURT REPORTER:                              Cindy Donald

COURTROOM DEPUTY:                        Andrea Brunson, CP

| TIME | MINUTES |
|---|---|
| 09:06 AM | Court opened. |
| 09:06 AM | Court proceeded with Day 2 of pretrial covering disputes re: exhibits for pre-admission. |

| TIME | MINUTES |
|---|---|
| 09:08 AM | Court began hearing the following arguments re: objections to exhibits. |
| 09:09 AM | Plaintiff's Objections to Defendants-Intervenors' Exhibits: |
| 09:09 AM | Group P3:  Argument presented. |
| 09:18 AM | Court: Pre-admitted with redaction and instructions as set forth in the record. |
| 09:18 AM | Group P4:  Argument presented. |
| 09:33 AM | Court:  Objection sustained.  Excluded and not pre-admitted with additional instructions as set forth in the record. |
| 09:35 AM | Group P5:  Argument presented. |
| 09:39 AM | Court:  Excluded with additional instructions as set forth in the record. |
| 09:39 AM | Group P6:  Pre-admitted without objection. |
| 09:39 AM | Group P8: Argument presented. |
| 09:44 AM | Court:  Not pre-admitted but may be appropriate for demonstratives. |
| 09:44 AM | Group P11:  Withdrawn. |
| 09:44 AM | Court:  Not pre-admitted. |
| 09:44 AM | Defendants-Intervenors' Objections to Plaintiff's Exhibits: |
| 09:45 AM | Group 1:  Argument presented. |
| 09:53 AM | Court:  PTX-1460 pre-admitted. |
| 10:09 AM | Court: Remainder of Group 1:  Pre-admitted with redaction instructions as set forth in the record. |
| 10:13 AM | Group 2:  Argument presented. |
| 10:22 AM | Court:  Pre-admitted PTX-1186 and PTX-1187.  Remainder of Group 2 not pre-admitted but can be used as demonstratives. |
| 10:23 AM | Group 2a: Argument presented. |
| 10:29 AM | Recess. |
| 10:58 AM | Court reconvened. |
| 10:58 AM | Group 2a:  Agreement reached. |
| 10:59 AM | Court:  Pre-admitted subject to agreement. |
| 11:00 AM | Group 6:  Withdrawn<br>Group 7a: Objection withdrawn; exhibits pre-admitted<br>Group 8:  Agreement reached<br>Group 9:  Withdrawn<br>Group 11: Withdrawn |
| 11:02 AM | Group 3: Argument presented. |
| 11:15 AM | Court: Rulings made as set forth in the record. |
| 11:15 AM | Group 7: Argument presented. |
| 11:16 AM | Court: Pre-admitted PTX-1072.  Remaining exhibits:  ruling CARRIED. |
| 11:22 AM | Group 10: Argument presented. |
| 11:25 AM | Court: Pre-admitted. |
| 11:26 AM | Court directed the parties to meet and confer re: Group 7. |
| 11:28 AM | Recess. |
| 11:49 AM | Court reconvened. |
| 11:49 AM | Group 7:  Agreement reached. |
| 11:51 AM | Arguments concluded. |
| 11:52 AM | Pretrial process completed. |

| TIME | MINUTES |
|---|---|
| 11:52 AM | Court adjourned. |