# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **IPCOM, GMBH & CO. KG,** | |
|     Plaintiff, | |
|   v. | |
| **AT&T INC., ET AL.,** | Case No. 2:20-cv-322-JRG |
|     Defendants, | **LEAD CASE** |
| **NOKIA OF AMERICA CORPORATION,** | **JURY TRIAL DEMANDED** |
|     Intervenor, | |
| **ERICSSON INC.,** | |
|     Intervenor, | |
| **IPCOM, GMBH & CO. KG,** | |
|     Plaintiff, | Case No. 2:20-cv-323-JRG |
|   v. | **JURY TRIAL DEMANDED** |
| **VERIZON COMMUNICATIONS, ET AL.,** | |
|     Defendants, | |
| **NOKIA OF AMERICA CORPORATION,** | |
|     Intervenor, | |
| **ERICSSON INC.,** | |
|     Intervenor. | |

| | |
|---|---|
| **IPCOM, GMBH & CO. KG,**<br><br>　　　　　**Plaintiff,**<br><br>V.<br><br>**SPRINT SPECTRUM L.P., SPRINTCOM, INC., SPRINT COMMUNICATIONS INC., SPRINT COMMUNICATIONS COMPANY, L.P., AND SPRINT CORPORATION, DEUTSCHE TELEKOM AG, T-MOBILE US, INC., AND T-MOBILE USA, INC**<br><br>　　　　　**Defendants.** | **Civil Action No. 2:20-cv-321**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT REGARDING ERICSSON'S INVOLVEMENT IN THESE PROCEEDINGS

Plaintiff IPCom, GMBH & Co. KG ("IPCom") and Intervenor Ericsson Inc. (Ericsson") jointly submit this paper to notify the Court that all claims by IPCom against AT&T Inc. ("AT&T") Verizon Communications ("Verizon"), Sprint Spectrum LP ("Sprint") and their affiliated parties that involve the use of Ericsson equipment have been resolved in a binding term sheet signed by IPCom and Ericsson.

IPCom and Ericsson are in the process of converting the binding term sheet to a long-form agreement and will promptly submit formal dismissal papers once the long-form agreement is finalized. In the interim, because the basis for Ericsson's intervention has now been mooted, Ericsson and IPCom jointly request that Ericsson's further participation in any upcoming case deadlines as an intervenor be excused.

This notice of settlement does not resolve the entirety of IPCom's claims against AT&T, Verizon, and Sprint as to non-Ericsson equipment, nor does it impact Intervenor Nokia. Therefore, all existing case deadlines should remain in effect.

2

Dated: March 12, 2022

Respectfully submitted,

*/s/ Nicholas Mathews*
Theodore Stevenson, III
Texas State Bar No. 19196650
ted.stevenson@alston.com
**ALSTON & BIRD LLC**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: (214) 922-3507
Facsimile: (214) 922-3899

Nicholas Mathews
Texas State Bar No. 24085457
nmathews@mckoolsmith.com
Jonathan Powers
TX State Bar No. 24098277
jpowers@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Joshua Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com.
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**ATTORNEYS FOR INTERVENORS ERICSSON INC.**

/s/ *Jeffrey B. Piles*
Martin J. Black
Pennsylvania Bar No. 54319
martin.black@dechert.com
Jeffrey S Edwards
jeffrey.edwards@dechert.com
Kevin M Flannery
kevin.flannery@dechert.com
Michael A Fisher
michael.fisher@dechert.com
Robert L Masterson
robert.masterson@dechert.com
Sharon K Gagliardi
sharon.gagliardi@dechert.com
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222

Jeffrey B. Plies
**DECHERT LLP**
Texas Bar No. 24027621
jeffrey.plies@dechert.com
515 Congress Avenue
Suite 1400
Austin, TX 78701
Tel: (512) 394-3000

Charles Hsu
Dechert LLP - Palo Alto
3000 El Camino Real
Five Palo Alto Sq. Suite 650
Palo Alto, CA 94306-1106
650-813-4800
Fax: 650-813-4848
Email: charles.hsu@dechert.com

Thomas John Ward , Jr
jw@wsfirm.com
Andrea Leigh Fair
andrea@wsfirm.com
Charles Everingham , IV
ce@wsfirm.com
Claire Abernathy Henry

4

claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323

*Attorneys for Plaintiff*
IPCom, GmbH & Co. KG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically in compliance with Local Rule CV-5(a) on March 12, 2022.

/s/ *Nicholas Mathews*
Nicholas Mathews

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rules CV-7(h) and (i), counsel for the parties conferred, and jointly agree to the relief.

/s/ *Nicholas Mathews*
Nicholas Mathews