IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **IPCOM GMBH & CO. KG,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | |
| **AT&T INC, AT&T CORP, AT&T COMMUNICATIONS, LLC, AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES INC.,** | § § § § § § | CIVIL ACTION NO. 2:20-cv-00322 |
| **Defendants.** | § § | |

## MEDIATOR'S REPORT OF PARTIAL SETTLEMENT

On March 7, 2022, Plaintiffs and Defendant AT&T, Intervenor Ericsson, and Intervenor Nokia attempted mediation.   Party representatives, counsel for parties, and the mediator had numerous zoom calls and also email exchanges prior to the mediation date.  Plaintiffs and Intervenor Ericsson reached settlement. Intervenor Nokia, Defendant AT&T, and Plaintiffs did not reach a settlement. Mediation between Intervenor Nokia and Plaintiffs was recessed until after the hearing on Monday, March 14, 2002.

Respectfully Submitted,

_____
Karl Bayer, Mediator

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 18, 2022.

/s/ *Karl Bayer*
KARL BAYER