# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **IPCOM, GMBH & CO. KG,**  Plaintiff,  v.  **AT&T INC., ET AL.,**  Defendants,  **NOKIA OF AMERICA CORPORATION,**  Intervenor, | Case No. 2:20-cv-322-JRG  **LEAD CASE**  **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT

Plaintiff IPCom, GMBH & Co. KG ("IPCom") and Defendants AT&T Corp., AT&T Communications LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc. ("AT&T") jointly submit this paper to notify the Court that all claims by IPCom against AT&T have been resolved.

IPCom and AT&T are in the process of memorializing a long-form agreement and will promptly submit formal dismissal papers once the long-form agreement is finalized. In the interim, IPCom and AT&T jointly request that the case be stayed for a period of 30 days to allow the parties to negotiate and execute a long-form agreement.

This notice of settlement does not affect the claims in member case number 2:20cv323, IPCom, GMBH & Co. KG v. Verizon Communicaitons, et al ("Verizon Case"). Accordingly, IPCom and AT&T request that this case no longer be consolidated with the Verizon Case (2:20cv323) so that this lead case can be stayed without affecting the Verizon Case, (2:20cv323).

Dated: March 29, 2022                                Respectfully submitted,

/s/  *Nicholas Mathews*  (with permission)

Deron R. Dacus
Shannon M. Dacus
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com
sdacus@dacusfirm.com

Nicholas M. Mathews
Jonathan N. Powers
McKool Smith PC
300 Crescent Court
Suite 1500
Dallas, TX 75201
nmathews@mckoolsmith.com

Kevin R. Schubert
Mckool Smith PC
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 1001-8603
kschubert@mckoolsmith.com

Matthew T. Cameron
McKool Smith PC
300 West 6th Street, Suite 1700
Austin, TX 78701
mcameron@mckoolsmith.com

**Attorneys for AT&T Corp., AT&T Communications, LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc.**

/s/ *Martin Black*
Martin J. Black
Pennsylvania Bar No. 54319
martin.black@dechert.com
Jeffrey S Edwards
jeffrey.edwards@dechert.com
Kevin M Flannery
kevin.flannery@dechert.com
Michael A Fisher
michael.fisher@dechert.com
Robert L Masterson
robert.masterson@dechert.com
Sharon K Gagliardi
sharon.gagliardi@dechert.com
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222

Jeffrey B. Plies
**DECHERT LLP**
Texas Bar No. 24027621
jeffrey.plies@dechert.com
515 Congress Avenue
Suite 1400
Austin, TX 78701
Tel: (512) 394-3000

Charles Hsu
Dechert LLP - Palo Alto
3000 El Camino Real
Five Palo Alto Sq. Suite 650
Palo Alto, CA 94306-1106
650-813-4800
Fax: 650-813-4848
Email: charles.hsu@dechert.com

Thomas John Ward , Jr
jw@wsfirm.com
Andrea Leigh Fair
andrea@wsfirm.com
Charles Everingham , IV
ce@wsfirm.com
Claire Abernathy Henry

3

claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323

*Attorneys for Plaintiff*
IPCom, GmbH & Co. KG

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed electronically in compliance with Local Rule CV-5(a) on March 29, 2022.

/s/ *Martin Black*
Martin Black

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rules CV-7(h) and (i), counsel for IPCom and AT&T conferred, and jointly agree to the relief.

/s/ *Martin Black*
Martin Black