# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IPCOM GMBH & CO. KG, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00322-JRG |
| AT&T INC, ET AL., | § § | (LEAD CASE) |
| *Defendants.* | § § § § | |
| NOKIA OF AMERICA CORPORATION, ERICSSON INC. | § § § § | |
| *Intervenors.* | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00323-JRG |
| VERIZON COMMUNICATIONS INC, ET AL., | § § § § | (MEMBER CASE) |
| *Defendants.* | § § § | |
| NOKIA OF AMERICA CORPORATION, ERICSSON INC. | § § § § | |
| *Intervenors.* | § § | |

## **ORDER**

Before the Court is the Joint Motion to Stay and Notice of Settlement (the "Motion") filed by Plaintiff IPCom, GMBH & Co. KG ("IPCom") and Defendants AT&T Corp., AT&T Communications LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc. (collectively, "AT&T") (together with IPCom, the "Parties"). (Dkt. No. 313). In the Motion, the Parties request a stay of all deadlines because all claims by IPCom against AT&T have been

resolved and the Parties are in the process of memorializing a long-form agreement and will promptly submit formal dismissal papers once the same is finalized.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case between the Parties are **STAYED** for thirty (30) days from the date of this Order, during which time appropriate dismissal papers are to be filed with the Court. This Order only impacts the aforementioned Parties. All deadlines relating to the remaining parties remain unchanged. The remaining parties are instructed to continue filing all pleadings in the LEAD CASE.

**So ORDERED and SIGNED this 30th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE