# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IPCOM GMBH & CO. KG, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T INC, ET AL., § <br> § <br> *Defendants*. § <br> § <br> NOKIA OF AMERICA CORPORATION, § <br> ERICSSON INC. § <br> § <br> *Intervenors.* § | CIVIL ACTION NO. 2:20-CV-00322-JRG <br> (LEAD CASE) |
| v. § <br> § <br> VERIZON COMMUNICATIONS INC, ET § <br> AL., § <br> § <br> *Defendants*. § <br> § <br> NOKIA OF AMERICA CORPORATION, § <br> ERICSSON INC. § <br> § <br> *Intervenors.* § | CIVIL ACTION NO. 2:20-CV-00323-JRG <br> (MEMBER CASE) |

# **ORDER**

Before the Court is Plaintiff IPCom, GMBH & Co. KG ("IPCom") and Defendants AT&T Corp., AT&T Communications LLC, AT&T Mobility LLC, AT&T Mobility II LLC, AT&T Services, Inc.'s (collectively, "AT&T") (together with IPCom, the "Parties") Joint Motion to Dismiss (the "Motion"). (Dkt. No. 332). In the Motion, IPCom and AT&T inform the Court that they have agreed to resolve all claims in the above-captioned actions between them. Accordingly,

the Parties request that the Court dismiss with prejudice all claims brought by IPCom against AT&T subject to the Parties' settlement agreement and dismiss without prejudice AT&T's counterclaims and defenses raised against IPCom. The Parties also request that the Court dismiss as moot all defenses brought by Intervenor Nokia of America Corporation ("Nokia") stemming from IPCom's claims against AT&T.

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims brought by IPCom and AT&T in the above-captioned actions are **DISMISSED WITH PREJUDICE**, subject to the Parties' settlement agreement. It is further **ORDERED** that all defenses and counterclaims brought by AT&T against IPCom are **DISMISSED WITHOUT PREJUDICE**. Finally, the Court **ORDERS** that all defenses brought by Intervenor Nokia stemming from IPCom's claims against AT&T are **DISMISSED AS MOOT**. The Parties shall bear their own costs and expenses relating to this litigation (including but not limited to attorneys' and expert fees and expenses).

The Clerk of the Court is directed to **CLOSE** Case Nos. 2:20-cv-00322-JRG and 2:20-cv-00323-JRG because no parties or claims remain.

**So Ordered this**
**May 24, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE